**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Jose D Lugo and Mayda R Lugo        Case No: 15-10749-RAM
Chapter 13

_____ Debtors _____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)     ☐     No further action is necessary.

2)     The following actions have been taken:

     ☒     The debtor has filed an objection to the proof of claim filed by American Express Centurion Bank [ECF#37] .

     ☐     The debtor has filed a _____amended plan or modified plan to provide for the proof of claim filed by _____.

     ☐     Other: _____
     _____
     _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  March 30, 2016 .

Submitted by:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
 Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)