

**ORDERED in the Southern District of Florida on May 2, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Jose D. & Mayda R. Lugo                    Case No. 15-10749-RAM

                                                  Chapter 13

    Debtors    /

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF AMERICAN EXPRESS CENTURION BANK

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of American Express Centurion Bank [DE #_37___], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| *American Express Centurion Bank* | *4* | *Claim is stricken and disallowed.* |

**###**

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).