UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Jose and Mayda Lugo                    Case No: 15-10749-RAM

                                                            Chapter 13

_____Debtors_____/

## DEBTORS' MOTION TO MODIFY, EARLY PAY OFF OF CHAPTER 13 PLAN, AND REQUEST FOR DISCHARGE

**COME NOW,** the Debtors, Jose and Mayda Lugo, by and through their undersigned counsel and files this Motion to Modify, Early Pay Off of Chapter 13 Plan, and Request for Discharge and as grounds states as follows:

1. On or about January 14, 2015 the instant case was filed.

2. On or about March 16, 2015 debtors' first amended chapter 13 plan was confirmed.

3. Upon a review of the Trustee's ledger, the Trustee has disbursed payment to all timely filed claims, thus the Debtors wish to modify the plan to provide for 100% payment to all allowed unsecured claims, pay the chapter 13 off early, and request a discharge.

4. Attached hereto is a copy of the First Modified Plan which undersigned counsel has filed.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan, Allowing Debtor to Pay Off the Chapter 13 Plan Early, Issue a Discharge Thereafter, and such relief consistent with this request for relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail on May 12, 2016:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161