# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
FIRST Modified PLAN

DEBTOR: Jose Lugo          JOINT DEBTOR: Mayda Lugo          CASE NO.: 15-10749-RAM
Last Four Digits of SS# 9899          Last Four Digits of SS# 4544

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ 343.21 for months 1 to 15; in order to pay the following creditors:
  B. $ 583.33 for months 16 to 16; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3650 +525 = 4175  TOTAL PAID $2500  Balance Due $ 1,675
    payable $ 76.67 /month (Months 1 to 15)
    payable $ 525 /month (Months 16 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date  $
Address:    Arrears Payment $_____/month (Months ____ to ____)
    Regular Payment $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service Total Due  $ 592.69
    Payable $ 39.51 /month (Months 1 to 15);

Unsecured Creditors: Pay $ 181.80 /month (Months 1 to 15).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Wells Fargo Home Mortgage Account No: xxxx9913, Wells Fargo Home Mortgage Account No: xxxx9156 and Mercedes Benz Financial Services and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.       /s/Robert Sanchez, Esq
Attorney for the Debtor       Attorney for the Joint Debtor
Date: 5-12-16         Date: 5-12-16

LF-31 (rev. 01/08/10)