**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Jose D and Mayda R Lugo                     Case No. 15-10749-RAM
                                                                    Chapter 13


              Debtors.
_____/

## EMERGENCY MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH SECURED CREDITOR WELLS FARGO
(Emergency hearing is requested since the Secured Creditor's offer is still being held open for the Debtors to accept, but may not be held open indefinitely.)

COME NOW the Debtors, Jose D and Mayda R Lugo, by and through the undersigned counsel, and file this Motion for Approval of Settlement Agreement with Secured Creditor Wells Fargo and in support thereof states:

1.   This case was filed under Chapter 13 on January 14, 2015.

2.   The debtors' First Amended Plan was confirmed on March 16, 2015.

3.   The Debtors moved to modify their plan, pay off their plan early, and requested a discharge on May 12, 2016, and an Order approving the First Modified Plan was uploaded on June 27, 2016.

4.   The Debtors have already finished paying the required amount under the approved First Modified Plan that pays 100% to the allowed unsecured creditors.

5.   The Debtors have been negotiating with their homestead's second mortgage Secured Creditor, Wells Fargo, to settle the debt of about $126,000 for a Voluntary Payment of about $21,000.

6. Per the attached Exhibit "A,"[1] Wells Fargo is requesting a bankruptcy court order approving the Voluntary Payment pursuant to the agreement before the payment can be accepted.

7. Wells Fargo is still in communication with the Debtors and all parties are seeking to resolve the second mortgage lien, but the Secured Creditor cannot hold this offer open indefinitely.

8. The Debtors do not wish to continue to wait until the Trustee disburses to the creditors, requests the LF-97, and waits the required time frame to then issue the discharge since the offer may lapse and no longer be on available after such time.

WHEREFORE the Debtors respectfully request that this Court grant this Motion, allow the Debtors to enter into the proposed Voluntary Payment to Wells Fargo to settle the second mortgage debt on their homestead before the discharge is issued, and grant such further relief as this Court may deem just and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Nancy N. Herkert, Trustee, and via U.S. Mail to all creditors on the service list.

---

[1] Although the attached Exhibit "A" states that the offer expired on March 25, 2016, the Secured Creditor is still willing to negotiate with the Debtors and the offer is still open to be accepted, pending bankruptcy court approval.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161