

Wells Fargo
1 Home Campus
MAC X2303-033
Des Moines, IA 50328-0001

Exhibit "A"

March 10, 2016

JOSE LUGO
MAYDA LUGO
17334 SW 283RD ST
HOMESTEAD, FL 33030-2048

RE: Account Number: xxxxxxxxx91561998 ;
Property: 17334 SW 283RD ST HOMESTEAD, FL 33030

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Bank, N.A. is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S). Your decision to discuss workout options with Wells Fargo Bank, N.A. is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

Dear Borrower(s):

Thank you for contacting Wells Fargo about the status of the above-referenced account and Wells Fargo's lien on the real property that serves as collateral for the account. As you know, as a result of receiving a discharge in connection with your recent bankruptcy filing, you are no longer responsible for repaying the balance on the Account to Wells Fargo. However, even though you are no longer liable for repaying the balance on the Account, you understand that Wells Fargo continues to have a valid lien on your real property and that Wells Fargo may, under certain circumstances, enforce its lien against the property.

You recently contacted Wells Fargo to determine whether Wells Fargo would consider releasing its lien on your real property in return for a voluntary, one-time, lump sum payment. This letter will confirm that if you decide to make a voluntary, one-time, lump sum payment of $21,000.00 (the Voluntary Payment) to Wells Fargo, then Wells Fargo will agree to release its lien on your real property.

This offer expires on March 25, 2016.

Please Note: In the event you have not yet received your bankruptcy discharge, or you have received your discharge but the automatic stay is still in effect, you may be required to obtain a bankruptcy court order approving the Voluntary Payment pursuant to this agreement. If court approval is required, you will be required to obtain the court approval before making the Voluntary Payment.

If you decide to send the Voluntary Payment to Wells Fargo, then please make sure the Voluntary Payment is in the form of a cashier's check, certified check or money order. Checks and money orders should be made payable to Wells Fargo Bank, N.A. and can be mailed to:
    Wells Fargo Bank, N.A.
    Home Preservation Team Support
    Mac X2303-033
    One Home Campus
    Des Moines, IA 50328

You may also send the funds via wire transfer to:
    Wells Fargo Bank, N.A.
    420 Montgomery Street
    San Francisco, CA 94104



Wells Fargo
1 Home Campus
MAC X2303-033
Des Moines, IA 50328-0001

Account Number:
Routing Number:
Please follow the attached Incoming Wire Instructions.

Once Wells Fargo receives the Voluntary Payment, then Wells Fargo will satisfy the mortgage or re-convey the deed of trust on the real property that serves as collateral for your Account.

Thank you for your cooperation. If you have any questions, or if you have difficulty reaching your single point of contact, please contact Wells Fargo Home Equity at 1-866-970-7821, Monday-Thursday, 8:00 a.m.-6:00 p.m.; Friday 8:00 a.m.-5:00 p.m. Central Time.

Sincerely,

Alex West.
Wells Fargo
1-866-970-7821, Ext: 1335621376

Wells Fargo Home Mortgage cannot dispense tax or legal advice. Please consult a tax advisor and/or attorney regarding any consequences associated with a short sale or deed in lieu of foreclosure, sometimes referred to as a Mortgage Release.

Completed short sales and deeds in lieu of foreclosure, sometimes referred to as Mortgage Release, may be reported as paid-in-full for less than the balance.

Wells Fargo Home Equity, is a division of Wells Fargo Bank, N.A ©2016 Wells Fargo Bank, N.A.. All rights reserved. NMLSR ID 399801

Property Address:

17334 SW 283rd Street

Homestead, Fl. 33030

RE: Account #           1561998

The purpose of this letter is an attempt of settlement. I need some help, I understand I have not been able to pay recently but I am trying to get my life back together. I have several family members willing to assist me with this matter. I would like to offer $21,000.00 to settle this account and attempt to get my life back together.

Respectfully Submitted,

Mr. Jose D Lugo

Phone: (305)

Email: _____